

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-26-2003

# Columbia v. Surface Transp Bd

Precedential or Non-Precedential: Precedential

Docket No. 02-2599P

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Columbia v. Surface Transp Bd" (2003). *2003 Decisions.* Paper 293.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/293

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 02-2599
_____

BOROUGH OF COLUMBIA; SHAWNEE RUN
GREENWAY, INC.

Petitioners,

v.

SURFACE TRANSPORTATION BOARD; UNITED
STATES OF AMERICA,

Respondents,

FRANK SAHD SALVAGE,

Intervenor Respondent.

Appeal from the Surface Transportation Board
*1411 Corp. — Abandonment Exemption — in Lancaster County, PA*
STB Docket Nos. AB-529X & AB-581X
_____

Argued: April 10, 2003

Before: BARRY and ROSENN, <u>Circuit</u> <u>Judges</u>, POLLAK, <u>District</u> <u>Judge</u>[*]

(Opinion Filed August 26, 2003)
_____

ORDER AMENDING OPINION
_____

The slip opinion in the above case is hereby amended as follows:

_____

[*]Honorable Louis H. Pollak, District Judge for the United States District Court for the
Eastern District of Pennsylvania, sitting by designation.

1.  On page 26, in the third full paragraph, line 8, change "includes" to "included."
2.  On page 27, in the first full paragraph, insert a comma after "April 12, 2001."
3.  On page 27, note 1, line 1, change "states" to "stated."
4.  On page 28, line 6, change "is" to "was."
5.  On page 30, in the first full paragraph, delete the ellipsis at the beginning of the quotation.
6.  On page 30, in the second full paragraph, line 2, change "was" to "is."
7.  On page 31, in the first full paragraph, line 2, insert a comma after "2001" and change "owns" to "owned."
8.  On page 31, in the second full paragraph, line 4, change "desires" to "desired."
9.  On page 31, in the last full paragraph, remove the quotation marks in lines 2 and 3.
10. On page 31, in the last paragraph, line 3, insert "or" before "a need for" and on line 4 insert "or proof" before "that there is sufficient." Delete also the comma at the end of line 4.
11. On page 32, in the second full paragraph, lines 4 and 5, delete "is to" and substitute "should."
12. On page 33, the first full paragraph, delete the quotation marks at the end of the block quotation.


BY THE COURT:

/s/ Max Rosenn
Circuit Judge


Dated: September 3, 2003